UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,

                                    Civil No. 05-73423

vs.                                   Honorable Victoria Roberts
                                    Mag. Judge Virginia M. Morgan

SEVEN THOUSAND THREE HUNDRED
FIFTY-NINE DOLLARS AND NINETY-SEVEN
CENTS ($7,359.97) IN U.S. CURRENCY;

                 Defendant.
_____/

## DEFAULT JUDGMENT AGAINST NELSON DOMINGUES AND FINAL ORDER OF FORFEITURE AS TO THE DEFENDANT $7,359.97 IN U.S. CURRENCY

This matter having come before the Court on Plaintiff's Motion For Default Judgment and for Final Order of Forfeiture, and the Court having reviewed the pleadings and being fully advised in the premises;

      **IT IS HEREBY ORDERED** that Default Judgment against Nelson Domingues as to the defendant $7,359.97 in U.S. Currency is **GRANTED** and **ENTERED**;

      **IT IS FURTHER ORDERED** that any right, title, or ownership interest of Nelson Domingues, his successors and assigns, in the $7,359.97 in U.S. Currency and the right, title and interest of any other person, is forever **EXTINGUISHED** and **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), 981(a)(1)(D) and/or 984(a)(1)(A), accordingly, a Final Order of Forfeiture as to the defendant currency is **GRANTED** and **ENTERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  February 2, 2006

The undersigned certifies that a copy of this
document was served on the attorneys of record
by electronic means or U.S. Mail on February 2,
2006.

s/Carol A. Pinegar
Deputy Clerk